United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-10596
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN ENRIQUE LANDEROS-GONZALEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:00-CR-38-ALL-C
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender ("FPD"), court-appointed counsel

for Juan Enrique Landeros-Gonzalez, has moved for leave to

withdraw from this appeal and has filed a brief as required

by Anders v. California, 386 U.S. 738 (1967).  Landeros has

received a copy of the FPD's motion and brief but has not filed

a response.  Our independent review of the brief and the record

discloses no nonfrivolous issue.  Accordingly, the FPD's motion

for leave to withdraw is GRANTED, the FPD is excused from further

--------------------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED AS

FRIVOLOUS.  <u>See</u> 5TH CIR. R. 42.2.